# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: CONDEMNATION BY SUNOCO PIPELINE L.P. OF PERMANENT AND TEMPORARY RIGHTS OF WAY FOR THE TRANSPORTATION OF ETHANE, PROPANE, LIQUID PETROLEUM GAS AND OTHER PETROLEUM PRODUCTS IN THE TOWNSHIP OF HEIDELBERG, LEBANON COUNTY, PENNSYLVANIA, OVER THE LANDS OF HOMES FOR AMERICA, INC.

PETITION OF: HOMES FOR AMERICA, INC.

: No. 429 MAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.